UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2011 JUN 29 PM 3:55
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

JENNIFER SPADEA,

    Plaintiff,

v.                      CASE NO. 3:10-cv-639-J-20JRK

GRAY & GRAY OF JACKSONVILLE, INC.,
a Florida Corporation, and PATRICIA H.
GRAY, an individual, jointly and severally,

    Defendants.
_____/

### DEFAULT FINAL JUDGMENT

This cause is before this Court on Plaintiff's Motion for Entry of Default Final Judgment against both Defendants (Dkt. 20). This Court considered the Motion and finds that there is good cause to grant the relief requested.

Plaintiff filed a Declaration of Damages simultaneously with her Motion (Dkt. 20-1). In this Declaration, the Plaintiff testified that the amounts owed as unpaid overtime and minimum wages total $7,778.56. As a successful plaintiff in a Fair Labor Standards Act claim, Plaintiff is entitled to an award of liquidated damages for the unpaid overtime and minimum wages that are due which totals an additional $7,778.56. Accordingly, the Plaintiff is owed $7,778.56 + $7,778.56 = $15,557.12.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Entry of Default Final Judgment against both Defendants (Dkt. 20) is **GRANTED**;

2. Plaintiff, Jennifer Spadea shall recover the sum of $15,557.12, from both Defendants

GRAY & GRAY OF JACKSONVILLE, INC., and PATRICIA H. GRAY, jointly and severally, which shall bear interest at the applicable federal rate of interest, for which sum let execution issue; and

3. Plaintiff is entitled to an award of reasonable attorney's fees and litigation expenses. This Court retains jurisdiction over the attorney's fees and costs issues associated with this cause, and Plaintiff may apply by filing a separate motion for attorney's fees and costs within fourteen (14) days from the entry of this Default Final Judgment against Defendants.

**DONE AND ORDERED** at Jacksonville, Florida, this 29 day of June, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Robert S. Norell, Esq.
Gray & Gray of Jacksonville, Inc., *pro se*
Patricia H. Gray, *pro se*